IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01283-RPM

PAMELA CHERKOFSKY,

        Plaintiff,

v.

WENDY SMITH and
DIRECTIONS USA, INC.,

        Defendant.

___

ORDER EXTENDING TIME TO RESPOND TO DISCOVERY REQUESTS

___

The Court having considered the Stipulation for Extension of Time for Defendant Directions USA, Inc., to Respond to Plaintiff's Combined First Set of Interrogatories, Requests for Production of Documents and Requests for Admission, filed on July 12, 2005, it is

ORDERED that Defendant Directions USA, Inc., is granted an extension to and including July 22, 2005, within which to respond to plaintiff's Combined First Set of Interrogatories, Requests for Production of Documents and Requests for Admission.

Dated: July 13th, 2005

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge