IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01283-RPM

PAMELA CHERKOFSKY,

        Plaintiff,

v.

WENDY SMITH and
DIRECTIONS USA, INC.,

        Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Motion for Dismissal with Prejudice, filed on September 8, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice.

Dated: September 8, 2005

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  Richard P. Matsch, Senior District Judge